**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6654

JUAN CRUZ,

              Petitioner – Appellant,

       v.

JOHN L. LAMANNA, Warden at Federal Correctional Institution
at Edgefield,

              Respondent – Appellee,

       and

RONALD HOLT,

              Respondent.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry F. Floyd, District Judge.
(3:07-cv-01060-HFF)

Submitted:  January 13, 2009        Decided:  January 15, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Juan Cruz, Appellant Pro Se.  Barbara Murcier Bowens, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Cruz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cruz v. LaManna, No. 3:07-cv-01060-HFF (D.S.C. Feb. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2